# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BULLSEYE TELECOM, INC,

    Plaintiff/Counter-Defendant,

v.                                      Case No. 10-13123

CRICKET COMMUNICATIONS, INC.,

    Defendant/Counter-Plaintiff.

_____/

## ORDER AMENDING ORDER OF DISMISSAL

The parties have notified the court that they will continue to seek a mutually agreeable resolution to the above-captioned matter. On stipulation of the parties, the court will amend its previous order. Accordingly,

IT IS ORDERED that the "Order of Dismissal" of May 27, 2011, is AMENDED to permit either party to reopen the case by **August 29, 2011**, should further efforts to formalize a mutually agreeable resolution fail.

IT IS FURTHER ORDERED that Plaintiff's motion to reopen the case shall be HELD IN ABEYANCE until **August 29, 2011**. If settlement is consummated and all documentation made final, Plaintiff shall notify the court and withdraw the motion.

IT IS FURTHER ORDERED that Defendant SHALL BE DEEMED not to oppose the motion. Unless notified of a final settlement, the court will grant Plaintiff's motion and reopen the case without any further action by the parties on **August 30, 2011**.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: August 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 4, 2011, by electronic and/or ordinary mail.

                                                s/Lisa Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-13123.BULLSEYE.Reopen.Abeyance.nkt.wpd